# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 1125

VERSUS

DAVID ANTHONY PISANI

**DECEMBER 1, 2022**

---

In Re:    David Anthony Pisani, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 769347.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_a.s_

DEPUTY CLERK OF COURT
FOR THE COURT